IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IGJJ VENTURES, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 4:24-CV-00379 |

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, IGJJ VENTURES, LLC.

Plaintiff and Defendant, IGJJ VENTURES, LLC, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 9th day of April, 2024.

    Law Offices of
    THE SCHAPIRO LAW GROUP, P.L.

    /s/ Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    Southern District of Texas ID No. 3182479
    The Schapiro Law Group, P.L
    7301-A W. Palmetto Park Rd., #100A
    Boca Raton, FL 33433
    Tel: (561) 807-7388
    Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 9th day of April 2024.

    /s/ Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    Southern District of Texas ID No. 3182479

2

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279