IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00379 |
| IGJJ VENTURES, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE**

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, IGJJ VENTURES, LLC and this entire action, with Prejudice.

Respectfully submitted this 18th day of April, 2024.

    Law Offices of
    THE SCHAPIRO LAW GROUP, P.L.

    /s/ Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    Southern District of Texas ID No. 3182479
    The Schapiro Law Group, P.L.
    7301-A W. Palmetto Park Rd., #100A
    Boca Raton, FL 33433
    Tel: (561) 807-7388
    Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on April 18, 2024 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479